# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MARK BUTLER,

        Plaintiff/Counter-Defendant,

v.

GLENCOE CAPITAL MICHIGAN, LLC;
CAMPBELL GRINDER COMPANY;
CAMPBELL GRINDER GC COMPANY;
CAMPBELL GRINDER GC HOLDINGS, LLC; and
DOUGLAS S. KEARNEY,

        Defendants/Counter-Plaintiff.

_____/

Case No. 4:13-cv-11645
Hon. Mark A. Goldsmith
Mag. Michael J. Hluchaniuk

| | |
|---|---|
| Stephen R. Drew (P24323) | Matthew S. Disbrow (P65378) |
| Adam C. Sturdivant (P72285) | Christopher R. Kazanowski (P73946) |
| DREW, COOPER & ANDING | HONIGMAN MILLER SCHWARTZ AND COHN LLP |
| Attorneys for Plaintiff/Counter-Defendant | Attorneys for Defendants/Counter-Plaintiff |
| 80 Ottawa Avenue NW, Suite 200 | 2290 First National Building |
| Grand Rapids, Michigan 49503 | 660 Woodward Avenue |
| Tel.: (616) 454-8300 | Detroit, Michigan 48226-3506 |
| E-mail: sdrew@dca-lawyers.com | Tel.: (313) 465-7372 |
| E-mail: asturdivant@dca-lawyers.com | E-mail: mdisbrow@honigman.com |
| | E-mail: ckazanowski@honigman.com |

_____/

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

13376891.1

The parties having stipulated to the relief granted herein and the Court being fully advised in the premises;

IT IS HEREBY ORDERED AND ADJUDGED that the above-entitled case be, and the same hereby is, dismissed with prejudice and without costs, interest and/or attorneys' fees to any party.

This Stipulated Order of Dismissal resolves all pending claims and closes the case and this matter in its entirety.

IT IS SO ORDERED.

Dated: October 2, 2013　　　　　　　s/Mark A. Goldsmith
　　　Flint, Michigan　　　　　　　　　MARK A. GOLDSMITH
　　　　　　　　　　　　　　　　　　　United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 2, 2013.

　　　　　　　　　　　　　　　　　　　s/Deborah J. Goltz
　　　　　　　　　　　　　　　　　　　DEBORAH J. GOLTZ
　　　　　　　　　　　　　　　　　　　Case Manager

13376891.1

STIPULATED AS TO ENTRY:

| | |
|---|---|
| HONIGMAN MILLER SCHWARTZ AND COHN LLP | DREW, COOPER & ANDING |
| By: /s/Christopher R. Kazanowski<br>　　Matthew S. Disbrow (P65378)<br>　　Chris R. Kazanowski (P73946)<br>Attorneys for Defendants/Counter-Plaintiff<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226-3506<br>Tel.: (313) 465-7372<br>Fax: (313) 465-7373<br>mdisbrow@honigman.com<br>ckazanowski@honigman.com | By: /s/Stephen R. Drew<br>Stephen R. Drew (P24323)<br>Adam C. Sturdivant (P72285)<br>Attorneys for Plaintiff/Counter-Defendant<br>80 Ottawa Avenue NW, Suite 200<br>Grand Rapids, Michigan 49503<br>Tel.: (616) 454-8300<br>sdrew@dca-lawyers.com<br>asturdivant@dca-lawyers.com |

Dated: October 1, 2013

13376891.1